# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00081-MR

| | |
|---|---|
| **DEESHUN DADE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ) | |
| **TONIA L. CHURCH, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court sua sponte.

On January 24, 2024, upon the expiration of the deadline to file dispositive motions, the Court directed the parties to indicate whether they object to the conduct of a judicial settlement conference in this matter. [Doc. 41]. No party has objected, and the time to do so has expired.

The Court, therefore, will order this matter referred to a United States Magistrate Judge for these proceedings.

**IT IS, THEREFORE, ORDERED** that this matter is hereby referred to a United States Magistrate Judge for the purpose of conducting a Judicial Settlement Conference. The Magistrate Judge will issue further orders regarding the conduct of the Judicial Settlement Conference.

**IT IS FURTHER ORDERED** that this matter will be set for trial as soon as practical should the matter not settle.

**IT IS SO ORDERED**.

Signed: February 23, 2024

Martin Reidinger
Chief United States District Judge